PEOPLE EX REL. ELBERT P. TIBBALS v. BOARD OF EDUCATION OF PORT HURON.

*Municipal corporations—Removal of school inspectors.*

The board of education of Port Huron is a municipal corporation whose members hold office for specific terms and are not city officers removable by the common council.

The common council of Port Huron can remove only city officers.

MANDAMUS. Motion submitted and decided October 29. Relator claims that on the 3d of May, 1875, he was elected for four years a member of the board of education of Port Huron by a resolution of the common council; that on August 5th, 1878, the council adopted a resolution removing him and several others from their positions as school inspectors, and that the board has since refused to recognize him as a member. He asks for a writ of mandamus requiring the board to re-admit him to his seat and to recognize him as a member of that body.

*O'B. J. Atkinson* and *E. G. Stevenson* for the writ.

*H. W. Stevens* and *A. L. Avery* against.

PER CURIAM. The board of education of Port Huron is a municipal corporation distinct from that of the city,

and its members are not city officers subject to removal
by the common council.  The power given that body
to remove officers does not reach any but city officers.
The school board hold for specific terms and not during
pleasure.